**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Edward R. BUTLER, Defendant–Appellant.**

No. 02–6563.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Edward R. Butler, Appellant Pro Se. Thomas Michael DiBiagio, Office of the United States Attorney, Baltimore Maryland, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward R. Butler seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C. § 2255 (2000), and denying his motions for reconsideration and for recusal. We have reviewed the record and conclude on the reasoning of the district court that Butler has not made a substantial showing of the denial of a constitutional right. *See United States v. Butler*, Nos. CR–97–146–S; CA–02–561–S (D. Md. Feb. 22, 2002; Mar. 5, 2002; Mar. 12, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*